|  | * | IN THE |
| ATTORNEY GRIEVANCE COMMISSION | * | |
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | AG No. 25 |
| | * | |
| STEPHEN LAWRENCE SNYDER | * | September Term, 2024 |
| | * | |

## O R D E R

After the Attorney Grievance Commission filed its petition for disciplinary or remedial action and request for immediate suspension, the Court issued an order requiring the respondent to show cause why he should not be temporarily suspended pursuant to Rule 19-738. The respondent has not filed a response to the show cause order.

Accordingly, and upon consideration of the allegations in the petition for disciplinary or remedial action, it is this 27th day of January 2025, by the Supreme Court of Maryland,

ORDERED that, pursuant to Rule 19-737(d), the respondent, Stephen Lawrence Snyder, is temporarily suspended from the practice of law in the State of Maryland; and it is further

ORDERED that, subject to further order of this Court, the Clerk of this Court shall temporarily strike the name of Stephen Lawrence Snyder from the register of attorneys in this Court and shall send notice of this Order to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in

accordance with Maryland Rule 19-761.



     <u>/s/ Matthew J. Fader</u>
       Chief Justice

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk